## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-0513-RWS |
| JAMES PEFANIS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [24] of Magistrate Judge C. Christopher Hagy. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Dismiss [20] is hereby **DENIED**.

**SO ORDERED** this  25th  day of March, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE